**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No:** 26-cr-80232-KUNTZ-REINHART
**18 U.S.C. § 371**
**18 U.S.C. § 1708**
**18 U.S.C. § 641**
**18 U.S.C. § 1029(a)(2)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 981(a)(1)(C)**
**18 U.S.C. § 982(a)(2)(B)**
**18 U.S.C. § 1029(c)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

**Defendant.**
_______________________________/

FILED BY MEG D.C.
OCT 22 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The United States Postal Service ("USPS") was a federal agency that operated as a "basic and fundamental service provided to the people," by the Government of the United States authorized by the Constitution, to provide "postal services to bind the Nation together through the personal, educational, literary, and business correspondence of the people." 39 U.S.C. § 101(a).

2. The West Palm Beach Processing and Distribution Center, located in West Palm

Beach, Florida, processed all incoming and outgoing mail for USPS in Palm Beach and Martin Counties, within the Southern District of Florida.

3. Defendant **OSHINSKY LABOSSIERE** was a resident of Elmont, New York.

4. Zoe Sneaker Boutique LLC was a company registered in the state of New York with the address 383 Keller Avenue, Elmont, New York, 11003.

5. Defendant **OSHINSKY LABOSSIERE** was listed as a principal of Zoe Sneaker Boutique LLC, in the company's registration documents.

6. Sajay Cole was a resident of West Palm Beach, Florida, and was an employee of USPS. He was employed as a mail handler at the West Palm Beach Processing and Distribution Center.

7. As a mail handler, Sajay Cole was responsible for loading, unloading, and moving bulk mail for further processing.

8. Alicia Murdock was a resident of West Palm Beach, Florida, and a former employee of USPS, who had previously been employed as a mail handler assistant at the West Palm Beach Processing and Distribution Center.

**COUNT 1**
**Conspiracy**
**(18 U.S.C. § 371)**

1. Paragraphs 1 through 8 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From at least as early as in and around November 2023, the exact date being unknown to the Grand Jury, through on or about December 7, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

did knowingly and willfully combine, conspire, confederate, and agree with Sajay Cole, Alicia Murdock, and other persons known and unknown to the Grand Jury to commit certain offenses against the United States, that is:

a) to knowingly steal, take, and abstract any letter, postal card, package, bag, mail, and any article and thing contained therein, from and out of any post office, or station thereof, in violation of Title 18, United States Code, Section 1708;

b) to possess any letter, postal card, package, bag, mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any mail, post office, or station thereof, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Section 1708;

c) to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices during any one-year period, that is, credit card account numbers issued to other persons, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2); and

d) to knowingly and willfully receive, conceal, and retain, with the intent to convert to their own use and gain, money and a thing of value of the United States and of any department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Treasury Checks, knowing the United States United States Treasury Checks to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section

641.

**PURPOSE OF THE CONSPIRACY**

3. It was the purpose of conspiracy for **OSHINSKY LABOSIERRE** and his co-conspirators to unlawfully enrich themselves by obtaining stolen credit cards and United States United States Treasury Checks from workers at USPS, such as Sajay Cole, and selling them on the internet, knowing that the stolen credit cards and United States Treasury Checks would be used by persons other than the true credit card account holders and Treasury check payees.

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which **OSHINSKY LABOSIERRE** and his co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

4. Sajay Cole used his employment as a mail handler for USPS to gain access to large quantities of mail containing credit cards and United States Treasury Checks, which he would steal.

5. Alicia Murdock would collect and organize the stolen mail from Sajay Cole and would either send the stolen credit cards and United States Treasury Checks to **OSHINKSY LABOSSIERE** in parcels addressed to Zoe Sneaker Boutique LLC at 383 Keller Avenue, Elmont, New York, 11003 via FedEx, or would meet with **OSHINKSY LABOSSIERE** at a location in the Southern District of Florida to deliver the stolen mail to him.

6. **OSHINSKY LABOSSIERE** would travel from the Eastern District of New York to the Southern District of Florida to pick up stolen credit cards and United States Treasury Checks from Sajay Cole and Alicia Murdock.

7. **OSHINSKY LABOSSIERE** would advertise and sell the stolen credit cards and United States Treasury Checks to others using the online application Telegram, and would mail them to the buyers via FedEx.

8. **OSHINKSY LABOSSIERE** would use, and caused to be used, stolen credit cards belonging to victims in the Southern District of Florida, and elsewhere, at retail stores in the Southern and Eastern Districts of New York.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objects and purpose thereof, at least one co-conspirator committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. From in and around June 2025, to at least in and around December 2025, **OSHINSKY LABOSSIERE** offered credit cards and United States Treasury Checks in the names of third parties for sale on the Telegram channel "Philippe Chow."

2. From in and around November 2023, to at least in and around December 2025, **OSHINSKY LABOSSIERE** utilized various CashApp accounts to receive proceeds from the sale of stolen credit cards and United States Treasury Checks.

3. On or about November 18, 2025, **OSHINSKY LABOSSIERE** traveled from the Eastern District of New York to the Southern District of Florida to collect stolen credit cards and United States Treasury Checks from Sajay Cole and Alicia Murdock.

4. On or about November 24, 2025, **OSHINSKY LABOSSIERE** traveled from the Eastern District of New York to the Southern District of Florida to collect stolen credit cards and United States Treasury Checks from Sajay Cole and Alicia Murdock.

5. On or about December 2, 2025, **OSHINSKY LABOSSIERE** traveled from the Eastern District of New York to the Southern District of Florida to collect stolen credit cards and United States Treasury Checks from Sajay Cole and Alicia Murdock.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**Possession of Stolen Mail**
**(18 U.S.C. § 1708)**

On or about November 24, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

did unlawfully have in his possession any letter, postal card, package, bag, and mail, and any article and thing contained therein, which had been stolen, taken, embezzled, and abstracted from and out of any post office and station thereof, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Sections 1708 and 2.

**COUNT 3**
**Possession of Stolen Mail**
**(18 U.S.C. § 1708)**

On or about December 2, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

did unlawfully have in his possession any letter, postal card, package, bag, and mail, and any article and thing contained therein, which had been stolen, taken, embezzled, and abstracted from and out of any post office and station thereof, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Sections 1708 and 2.

**COUNT 4**
**Access Device Fraud**
**(18 U.S.C. § 1029(a)(2))**

From at least as early as in and around November 2023, the exact date being unknown to the Grand Jury, through on or about December 7, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices during any one-year period, that is, credit card account numbers issued to other persons, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**COUNT 5**
**Theft of Government Funds**
**(18 U.S.C. § 641)**

On or about May 8, 2026, and continuing through on or about May 12, 2026, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**

**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

did knowingly and willfully receive, conceal, and retain, with the intent to convert to his own use and gain, money and a thing of value of the United States and of any department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Treasury Check in the approximate amount of $11,983, knowing the check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT 6**
**Theft of Government Funds**
**(18 U.S.C. § 641)**

On or about May 27, 2026, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

did knowingly and willfully receive, conceal, and retain, with the intent to convert to his own use and gain, money and a thing of value of the United States and of any department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Treasury Check in the approximate amount of $10,476.27, knowing the check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Sections 641 and 2.

**COUNTS 7-8**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about the dates enumerated as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe,"**
**a/k/a "Mastermind,"**
**a/k/a "MrZoe,"**
**a/k/a "MastermindZoe,"**
**a/k/a "Victor Lustig,"**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly and willfully receiving, concealing, and retaining, with the intent to convert to his own use and gain, money and anything of value of the United States and of any department or agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Treasury check, knowing the check to have been stolen, purloined and converted, as charged in Counts 5 and 6 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| **7** | May 8, 2026 | Name of individual with initials "I.A." |
| **8** | May 27, 2026 | Name of individual with initials "C.R.W-S." |

In violation of Title 18, United States Code, Sections 1028A(a)(l) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **OSHINSKY LABOSSIERE**, has an interest.

2. Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C); 982(a)(2)(B); and 1029(c)(1)(C); and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

GRAND JURY FOREPERSON

for:

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: OSHINSKY LABOSSIERE, "Aliko Zoe," a/k/a "Mastermind," a/k/a "MrZoe," a/k/a "MastermindZoe," a/k/a "Victor Lustig"

**Case No**: 26-cr-80232-KUNTZ-REINHART

Count 1:

Conspiracy

In violation of Title 18, United States Code, Section 371

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts 2 and 3:

Possession of Stolen Mail

In violation of Title 18, United States Code, Sections 1708 and 2

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 4:

Access Device Fraud

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Counts 5 and 6:

Theft of Government Funds

In violation of Title 18, United States Code, Sections 641 and 2

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Counts 7 and 8:

Aggravated Identity Theft

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2

* **Max. Term of Imprisonment:** 2 years consecutive to any other sentence imposed
* **Mandatory Min. Term of Imprisonment (if applicable):** 2 years consecutive to any other sentence imposed
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** | **CASE NO.:** 26-cr-80232-KUNTZ-REINHART

**v.**

**OSHINSKY LABOSSIERE,**
**a/k/a "Aliko Zoe," a/k/a "Mastermind," a/k/a "MrZoe," a/k/a "MastermindZoe," a/k/a "Victor Lustig,"**

**Defendant.** /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

(Check only one)
- I ☑ 0 to 5 days
- II ☐ 6 to 10 days
- III ☐ 11 to 20 days
- IV ☐ 21 to 60 days
- V ☐ 61 days and over

(Check only one)
- ☐ Petty
- ☐ Minor
- ☐ Misdemeanor
- ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____ Case No. ____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____ Magistrate Case No. ____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Jeffrey T. Kuntz Case No. 25-CR-80214-JTK
9. Defendant(s) in federal custody as of ____
10. Defendant(s) in state custody as of ____
11. Rule 20 from the ____ District of ____
12. Is this a potential death penalty case? (Yes or No) No
13. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
14. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? No

By: [signature]
AURORA FAGAN
Assistant United States Attorney
Florida Bar No. 0188591